No. 730. HYMAN SCHROEDER, AS TRUSTEE IN BANKRUPTCY OF FAMOUS FAIN COMPANY, INC., BANKRUPT *v.* EDWARD HOWARD O'FLYN. January 3, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for

the Second Circuit denied.    *Mr. Charles A. Riegelman* for
petitioner.    *Mr. George W. Wingate* for respondent.